**Order entered August 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00518-CV

### IN RE SHARON LAURIETTE, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-07868**

## ORDER

Before Justices Francis, Myers, and Schenck

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial judge, the Honorable David Lopez, to vacate his order of April 6, 2015 "Order on Petitioner's Motion to Vacate/Set Aside Mediated Settlement Agreement." Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order. We **ORDER** that relator Sharon Lauriette recover her costs of this original proceeding from real party in interest Samy Lauriette.

/s/     LANA MYERS
        JUSTICE